Order issued December 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01189-CV

**JOHN PRIDE, INDIVIDUALLY AND PHAREALE INVESTMENTS, INC.,
AS REGISTERED AGENT OF JOHN PRIDE, Appellants**

**V.**

**MARLISA WILLIAMS AND MORRIS WILLIAMS, Appellees**

## ORDER

By letter dated November 28, 2011, the briefing deadlines in this appeal were suspended pending a determination of whether this Court had jurisdiction over the appeal. After concluding the judgment was interlocutory, we abated the appeal to permit the trial court to dispose of pending claims and modify the judgment so as to make it final. On October 1, 2012, after a supplemental clerk's record was filed containing a copy of the trial court's modified judgment, we reinstated the appeal, but failed to reset the briefing deadlines. While appellants have filed their brief on the merits, appellees have not. Accordingly, we **ORDER** appellees to file their brief within thirty days of the date of this order. No extensions will be granted absent exigent circumstances.

ELIZABETH LANG- MYERS
JUSTICE